```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
        - v. -                      :
                                    :
JAIRO GABRIEL MONTOYA HERNANDEZ,    :
    a/k/a "Maximo,"                         ORDER
    a/k/a "El Ingeniero,"           :
JAIRO MAURICIO MONTOYA MACIAS,              07 Cr. 197
    a/k/a "Mauricio,"               :
    a/k/a "Martin,"
FABIO ALONSO MARIN DUQUE,           :
    a/k/a "Felipe,"
WILLIAM DE JESUS RESTREPO RESTREPO, :
    a/k/a "Willy,"
JULIO CESAR RAMIREZ LAINO,          :
ALVARO MORALES MAYA,
    a/k/a "Bethoven,"               :
    a/k/a "El Sordo,"
BEATRIZ EUGENIA RAMIREZ LUGO, and   :
MARTA OLGA MACIAS DE MONTOYA,
                                    :
                    Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
6/1/07

Upon the application of the United States of America, and for good cause shown, it is hereby

ORDERED that the Indictment in the above-captioned matter, which has heretofore been sealed, shall be and hereby is unsealed.

Dated:   New York, New York
         June 1, 2007

_____
UNITED STATES MAGISTRATE JUDGE