ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :

UNITED STATES OF AMERICA
        - v. -                     :

JAIRO GABRIEL MONTOYA HERNANDEZ,   :    **SEALED**
  a/k/a "Maximo,"
  a/k/a "El Ingeniero,"          :    **ORDER**
JAIRO MAURICIO MONTOYA MACIAS,
  a/k/a "Mauricio,"            :    07 Cr. 197
  a/k/a "Martin,"
FABIO ALONSO MARIN DUQUE,        :
  a/k/a "Felipe,"
WILLIAM DE JESUS RESTREPO RESTREPO,:
  a/k/a "Willy,"
JULIO CESAR RAMIREZ LAINO,       :
ALVARO MORALES MAYA,
  a/k/a "Bethoven,"            :
  a/k/a "El Sordo,"
BEATRIZ EUGENIA RAMIREZ LUGO, and :
MARTA OLGA MACIAS DE MONTOYA,
                                    :
                 Defendants.
                                    :
- - - - - - - - - - - - - - - - - - -x

       Upon the application of the United States of America, and for good cause shown, it is hereby

       ORDERED that the Indictment in the above-captioned matter, which has heretofore been sealed, shall be and hereby is unsealed for the limited purpose of permitting international law enforcement officials to obtain and use the Indictment and arrest warrants in this matter for any legitimate law enforcement purpose.

Dated:  New York, New York
       April 20, 2007

                                              HONORABLE THOMAS P. GRIESA
                                              UNITED STATES DISTRICT JUDGE