UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│       UNITED STATES OF AMERICA      │
│              against                │
│       Julio Cesar Ramirez-Laino     │
│  (Alias) _____   │
│  _____   │
│                                     │
│            Please PRINT Clearly     │
└─────────────────────────────────────┘
```

07CR0197 (JSR)
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

NOTICE OF APPEARANCE

TO:   JAMES M. PARKISON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

   1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [X] YES - IF YES GIVE YOUR DATE OF
                                              ADMISSION. MO. __June__ YR. _1974_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE __NEW YORK__ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
July 3, 2007

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY

Lawrence M. Herrmann
Attorney for Defendant

Firm name if any _____

37-51 76th Street
Street address

Jackson Heights,  New York   11372
City              State        Zip

(718) 779-6630
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186